**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Lynnell V. Jefferson,                                   Case No. 3:17-cv-2328

        Plaintiff,

     v.

                                           JUDGMENT ENTRY

Buckeye Cablevision, Inc.,

        Defendant.


In accordance with the accompanying Order, this case is dismissed under the Federal Rules of Civil Procedure 56(a).

        IT IS SO ORDERED.

                                                         /s/ James G. Carr
                                                         Sr. U.S. District Judge